**BRYAN CAVE LLP**
Marcy J. Bergman, State Bar No. 75826
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: Marcy.Bergman@bryancave.com

Attorneys for Defendant
COST PLUS, INC.
dba COST PLUS WORLD MARKET #178

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>Plaintiff,<br><br>v.<br><br>FOLSOM BROADSTONE, INC.; BORDERS, INC. dba BORDERS BOOKS MUSIC CAFE #401; TOYS 'R' US - DELEWARE, INC. dba BABIES 'R' US #6447; BROADSTONE PLAZA 02, LP; ROSS DRESS FOR LESS, INC dba ROSS DRESS FOR LESS #483; MARSHALLS OF CA, LLC dba MARSHALLS #821; OLD NAVY, LLC dba OLD NAVY #6151; MICHAEL'S ARTS & CRAFTS #02046; COST PLUS, INC. dba COST PLUS WORLD MARKET #178; TSA STORES, INC. dba SPORTS AUTHORITY #673; SWH CORPORATION dba MIMI'S CAFE #0056; THELMA JONES SAGEMAN, TRUSTEE for the THELMA JONES SAGEMAN SEPARATE PROPERTY REVOCABLE TRUST DATED 11/9/87; JR & TK ENTERPRISES, INC. dba McDONALD'S #26393; ARCHLAND PROPERTIES II, LP,<br><br>Defendants. | Case No. 2:09-CV-00888-GEB-JFM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT COST PLUS, INC., dba COST PLUS WORLD MARKET #178 TO FILE RESPONSE TO COMPLAINT** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff Lary Feezor, and Defendant Cost Plus, Inc. dba Cost Plus World Market #178 (herein "Cost Plus"), that the time for Defendant Cost Plus to file a response to the Complaint shall be extended up to and including May 28, 2009.

This Stipulation is being submitted on the grounds that counsel for Defendant Cost Plus was only retained on this matter on May 7, 2009, and has not had sufficient time to prepare a response. This request for an extension of time to file a response to the Complaint is the first such request made in this case. This request is not for any dilatory purpose and is made in good faith and for good cause.

Dated: May 12, 2009

Respectfully submitted,

BRYAN CAVE LLP

By: _____
Marcy J. Bergman

Attorneys for Defendant
COST PLUS, INC. dba COST PLUS WORLD MARKET #178

Dated: May 12, 2009

DISABLED ADVOCACY GROUP, APLC

By: _____
Lynn Hubbard, III

Attorneys for Plaintiff
LARY FEEZOR

**IT IS SO ORDERED.**

Dated: 5/18/09

_____
GARLAND E. BURRELL, JR.
United States District Judge