IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FEEZOR,<br><br>              Plaintiff,<br><br>        v.<br><br>BORDERS, INC. dba BORDERS BOOKS MUSIC CAFE #401; THELMA JONES SAGEMAN, TRUSTEE for the THELMA JONES SAGEMAN SEPARATE PROPERTY REVOCABLE TRUST DATED 11/9/87,<br><br>              Defendants. | 2:09-cv-00888-GEB-JFM<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

   On December 21, 2009 Plaintiff filed a Notice of Settlement in which Plaintiff states the above case has "settled" and "[t]he parties anticipate filing a Stipulation for Dismissal within four weeks." Therefore, a dispositional document shall be filed no later than January 18, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

   IT IS SO ORDERED.

Dated:  December 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1